U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

**IT IS ORDERED as set forth below:**

**Date: October 6, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Santos Anibal Soler-Perez | ) | |
| Debtor(s). | ) | |
| | ) | CASE NO. 23-57704-sms |
| ______________________________ | ) | CHAPTER 13 |
| Progress Residential Borrower 16, LLC | ) | Judge Sage M. Sigler |
| Movant. | ) | |
| V. | ) | CONTESTED MATTER |
| Santos Anibal Soler-Perez, Debtor(s); Christine Melendez and Luisa Melendez, Codebtor(s); and | ) | |
| K. Edward Safir, Trustee | ) | |
| Respondents. | | |

**<u>ORDER GRANTING RELIEF FROM AUTOMATIC STAY</u>**

On September 11, 2026, Progress Residential Borrower 16, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 37) (the "Motion"). The Motion

concerns rented real property known as 211 Hidden Creek Pt, Canton, GA 30114 (the "Property"). A hearing on said Motion was heard on September 29, 2026, upon notice Movant contends was proper. No response or objection to the Motion was announced by the Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by the Codebtors or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC

5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ _Albert C. Guthrie (w/ exp perm)_
Albert C. Guthrie
GA BAR NO. 142399
Office of K. Edward Safir
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303
Email: orders@atlch13tt.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Paige Nicole Pierson
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303
*Counsel for Debtor*

U.S. Trustee, Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600, 285 Peachtree Center Ave. NE
Atlanta, GA 30303

Santos Anibal Soler-Perez, Debtor
211 Hidden Creek Pt
Canton GA 30114

Christine Melendez, Codebtor
211 Hidden Creek Pt
Canton GA 30114

Luisa Melendez, Codebtor
211 Hidden Creek Pt
Canton GA 30114

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 23-57704-sms
Santos Anibal Soler-Perez Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Oct 07, 2026 Form ID: pdf401 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Santos Anibal Soler-Perez, 211 Hidden Creek Point, Canton, GA 30114-1288 |
| | + | Office of K. Edward Safir, Standing Chapter 13 Trustee, Suite 1600, 285 Peachtree Center Ave. NE, Atlanta, GA 30303-1100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 07 2026 21:02:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | |

on behalf of Creditor Progress Residential Borrower 16 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Paige Nicole Pierson
on behalf of Debtor Santos Anibal Soler-Perez ppierson@semradlaw.com ganb.courtview@SLFCourtview.com

Willie Bruce Smith
on behalf of Debtor Santos Anibal Soler-Perez ganb.courtview@SLFCourtview.com;WBSmith@semradlaw.com

TOTAL: 4